# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE LLC, | ) | |
| Plaintiff(s), | ) | 2:16-cv-01961-GMN-NJK |
| vs. | ) | ORDER |
| RANCHO SAN RAFAEL TOWNHOMES, PHASE I HOMEOWNERS ASSOCIATION, et al., | ) | (Docket No. 27) |
| Defendant(s). | ) | |

Pending before the Court is Plaintiff's motion to extend the dispositive motions deadline, submitted on the May 15, 2017 deadline. Docket No. 27. *See also* Docket No. 25 at 4. A request to extend a discovery deadline that is submitted before or on the deadline must be supported by a showing of good cause for the extension. *See* LR 26-4.

Plaintiff asks the Court to extend the dispositive motions deadline by two weeks due to an inadvertent omission. *See* Docket No. 27 at 4. The Court finds that Plaintiff has shown good cause for its requested extension.

Accordingly, the Court hereby **GRANTS** Plaintiff's motion to extend the dispositive motions deadline. Docket No. 27. The Court **EXTENDS** the dispositive motions deadline to May 29, 2017.

IT IS SO ORDERED.

DATED: May 16, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge