MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
         jason.zummo@akerman.com

*Attorneys for Nationstar Mortgage LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RANCHO SAN RAFAEL TOWNHOMES, PHASE I HOMEOWNERS ASSOCIATION AND THUNDER PROPERTIES INC.<br><br>Defendants. | Case No.: 2:16-cv-01961-GMN-NJK<br><br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| RANCHO SAN RAFAEL TOWNHOMES PHASE I HOMEOWNERS ASSOCIATION,<br><br>Third-party Plaintiff<br><br>vs.<br><br>HAMPTON & HAMPTON COLLECTIONS, LLC; DOES 1 – 10; ROE CORPORATIONS 11-20, inclusive, jointly and severally,<br><br>Third-party Defendant | |

Plaintiff Nationstar Mortgage LLC and defendants, Rancho San Rafael Homeowners Association, Inc. and Thunder Properties Inc., by and through their respective counsel, hereby stipulate to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

The parties further stipulate and agree that the lis pendens recorded by Plaintiff Nationstar Mortgage LLC in the Official Records of the Washoe County Recorder on August 30, 2016 as Instrument Number 4627007 (the "lis pendens") is hereby cancelled, expunged, released and withdrawn.

The parties further stipulate and agree that plaintiff shall record this stipulation and order as well as any additional documents necessary to expunge, cancel, withdraw and release the notice of the lis pendens.

The parties further stipulate and agree each party shall bear its own fees and costs.

Dated this 27th day of November, 2017.

**AKERMAN LLP**

/s/ Melanie D. Morgan
MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
JASON ZUMMO, ESQ.
Nevada Bar No. 13995
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Plaintiff Nationstar Mortgage LLC*

**BOYACK ORME & ANTHONY**

/s/ Colli McKiever
EDWARD BOYACK, ESQ.
Nevada Bar No. 5229
COLLI MCKIEVER, ESQ.
Nevada Bar No. 13724
7432 West Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Rancho San Rafael Townhomes, Phase I Homeowners Association*

**ROGER P. CROTEAU & ASSOCIATES, LTD.**

/s/ Timothy Rhoda
ROGER CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY RHODA, ESQ.
Nevada Bar No. 7878
9120 West Point Road, Suite 100
Las Vegas, NV 89148
*Attorneys for Thunder Properties, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

November 28, 2017
_____
DATED

2